IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

REGINALD TYRONE MADDOX,          :
                                 :
            Petitioner,          :
                                 :     NO.  5:09-CR-26 (CAR)
VS.                              :
                                 :
UNITED STATES OF AMERICA,        :     Proceedings Under 28 U.S.C. §2255
                                 :     Before the U.S. Magistrate Judge
            Respondent.          :
_____ :

## ORDER TO RESPOND

        Before the Court is a Motion to Proceed In Forma Pauperis filed by Petitioner Reginald

Tyrone Maddox.  Doc. 283.  Petitioner's motion seeks leave to proceed in this action without the

payment of filing fees.  Because no filing fee is required for motions filed pursuant to 28 U.S.C. §

2255, Petitioner's motion is **DENIED** as moot.  See Anderson v. Singletary, 111 F.3d 801, 806 (11th

Cir. 1997).

        **SO ORDERED**, this 15th day of March, 2012.


                                        s/ Charles H. Weigle
                                        Charles H. Weigle
                                        United States Magistrate Judge